*Office of the Chapter 13 Standing Trustee*

**Isabel C. Balboa, Chapter 13 Standing Trustee**†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr. Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Lu'Shell K. Alexander\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

March 4, 2019

The Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:       Dorothy E. Pawling
      Case No:              17-12105   JNP
      Hearing Date:         N/A

Dear Judge Poslusny:

    Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on February 25, 2019 for the above-captioned matter.

    The proposed form of order filed with the Motion/Application, indicates Mr. Clayman is requesting the total fee amount of $207.88 from the funds the Chapter 13 Trustee has on hand. However, pursuant to our notes from the Confirmation hearing held on February 6, 2019, the dismissal Order was being held for ten (10) days for a modified plan to be filed, and proof of loan modification or case dismissed. Mr. Clayman did not request any funds on hand to be held nor did he provide any of the requested documentation. Therefore, the Order was entered on February 20, 2019 dismissing this case, and the funds on hand are scheduled to be refunded to the debtor. However, no objection will be taken to the fees being paid outside of the plan.

    As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

/s/ *Raymond H. Shockley, Jr.*

**RAYMOND H. SHOCKLEY, JR.**
Staff Attorney for Isabel C. Balboa,
Chapter 13 Standing Trustee

ICB:lka

c:   Eric J. Clayman, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Dorothy E. Pawling   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978