

Order Filed on March 6, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Dorothy E. Pawling | Case No.:       17-12105<br><br>Chapter:       13<br><br>Hearing Date:       <br><br>Judge:       JNP |

## ORDER VACATING

### Docket #49 Order Granting Application for Compensation

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 6, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Docket #49 Order Granting Application for Compensation

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____3/5/2019_____, be and the same is hereby vacated.

*revised 2/25/14*