Order Filed on March 6, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Dorothy Pawling<br>Debtor | Case No:   17-12105<br><br>Chapter:   13<br><br>Judge:   JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 6, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__200.00_____ for services rendered and expenses in the amount of $__7.88_____ for a total of $___207.88_____. The allowance shall be payable:

____    through the Chapter 13 plan as an administrative priority.

__z___   outside the plan.

_ From ~~fun~~ds the Chapter 13 Trustee is holding up to the extent of this allowance.

The debtor's monthly plan is modified to require a payment of $____~~n/a~~_____ per month for _____~~n/a~~_____ months to allow for payment of the foresaid fee.