| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor |
| In Re:<br><br>Dorothy Pawling<br>Debtor |

Order Filed on March 6, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:   17-12105

Chapter:   13

Judge:   JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 6, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__200.00_____ for services rendered and expenses in the amount of $__7.88_____ for a total of $___207.88_____. The allowance shall be payable:

____    through the Chapter 13 plan as an administrative priority.

__x___    outside the plan.

_ From ~~fun~~ds the Chapter 13 Trustee is holding up to the extent of this allowance.

The debtor's monthly plan is modified to require a payment of $____~~n/a~~_____ per month for _____~~n/a~~_____ months to allow for payment of the foresaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Dorothy E. Pawling  
    Debtor

Case No. 17-12105-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 06, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.  
db           Dorothy E. Pawling,   603 Coldspring Ave,   Haddon Township, NJ   081071201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Eric   Clayman    on behalf of Debtor Dorothy E. Pawling jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          TOTAL: 7