Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−12105−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy E. Pawling
   603 Coldspring Ave
   Haddon Township, NJ 081071201

Social Security No.:
   xxx−xx−1477

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 5, 2018.

On 3/8/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                       April 17, 2019
Time:                       09:00 AM
Location:                   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 15, 2019
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-12105-JNP
Dorothy E. Pawling                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 15, 2019
                             Form ID: 185          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db              Dorothy E. Pawling,    603 Coldspring Ave,    Haddon Township, NJ  081071201
516626587      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
516626588      +Capital One Bank,    c/o Lyons, Doughty & Veldhuis, PC,    136 Gaither Drive,
                Suite 100 PO BOX 1269,    Mount Laurel, NJ 08054-2239
516838808       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516626590      +Discover Financial Recoveries,    PO BOX 15316,    Wilmington, DE 19850-5316
516626591      +FNB Omaha,    PO Box 3412,    Omaha, NE 68103-0412
516638229      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
516693008      +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516626594      +SLS Mortgage,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:33     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516626589      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 01:09:42     Capital One Bank,
                PO Box 30281,    Salt Lake City, UT 84130-0281
516760192       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 01:09:41
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516642604       E-mail/Text: mrdiscen@discover.com Mar 16 2019 01:15:16     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516626592      +E-mail/Text: bncnotices@becket-lee.com Mar 16 2019 01:15:42     Kohl's,    PO BOX 3115,
                Milwaukee, WI 53201-3115
516626593       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2019 01:33:48
                Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502
516677656      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2019 01:12:08     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516626595       SLS Mortgage,    c/o Buckley Madole, PC,    99 Wood Avenue South,    Ste 803,    NM 88300
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:   /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
           the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
           Certificates Series 2007-OA1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Dorothy E. Pawling jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

District/off: 0312-1           User: admin              Page 2 of 2           Date Rcvd: Mar 15, 2019
                              Form ID: 185              Total Noticed: 17

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
               the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificates Series 2007-OA1 rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7