UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Dorothy E. Pawling | Case No.: 17-12105 |
| | Hearing Date: |
| | Judge: JNP |
| | Chapter: 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

DATED: May 29, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

    The Court having determined that the final decree was entered prematurely in this case on _____5/28/2019_____ and should be vacated for the reason stated below:

- ☐ Debtor has not yet been discharged
- ☐ Adversary Proceeding number _____ is pending
- ☒ Other: Dismissal Vacated

    IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*