UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 29, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Dorothy E. Pawling

| | |
|---|---|
| Case No.: | 17-12105 |
| Hearing Date: | |
| Judge: | JNP |
| Chapter: | 13 |

# ORDER VACATING FINAL DECREE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court having determined that the final decree was entered prematurely in this case on _____5/28/2019_____ and should be vacated for the reason stated below:

- ❏ Debtor has not yet been discharged

- ❏ Adversary Proceeding number _____ is pending

- ☒ Other: Dismissal Vacated _____
  _____
  _____

IT IS ORDERED that said final decree is vacated.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Dorothy E. Pawling  
    Debtor

Case No. 17-12105-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 29, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2019.  
db          Dorothy E. Pawling,    603 Coldspring Ave,    Haddon Township, NJ    081071201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2019 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Eric   Clayman    on behalf of Debtor Dorothy E. Pawling jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
         Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 7