Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17–12105–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy E. Pawling
   603 Coldspring Ave
   Haddon Township, NJ 081071201

Social Security No.:
   xxx–xx–1477

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:     9/5/19
Time:     02:00 PM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 4/4/2018 to 5/15/2019

COMMISSION OR FEES
fee: $2586.50

EXPENSES
$34.04

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: July 26, 2019
JAN: mef

                                      Jeanne Naughton
                                      Clerk