## JENKINS & CLAYMAN

| | | |
|---|---|---|
| JEFFREY E. JENKINS *✧<br>ERIC J CLAYMAN o<br><br>STEPHANIE F. RITIGSTEIN ✧<br>RHONDI LYNN SCHWARTZ o<br><br>* BOARD CERTIFIED-CONSUMER<br>BANKRUPTCY LAW-AMERICAN BOARD OF<br>CERTIFICATION APPROVED BY THE<br>AMERICAN BAR ASSOCIATION<br>✧ADMITTED TO PA & NJ BARS<br>oADMITTED TO NJ BAR | ATTORNEYS AT LAW<br>412 WHITE HORSE PIKE<br>AUDUBON, N.J. 08106<br>(856) 546-9696<br>FAX (856) 546-7013<br>EMAIL: jenkins.clayman@verizon.net | BRANCH OFFICES<br>(BY APPOINTMENT ONLY)<br><br>1675 ROUTE 533, SUITE 102<br>TRENTON/HAMILTON, N.J. 08619<br><br>1125 ATLANTIC AVE., SUITE 536<br>ATLANTIC CITY, N.J. 08401<br><br>120 N. EIGHTH STREET<br>VINELAND, N.J. 08360<br><br>645 HIGHWAY 18, SUITE 117 B<br>EAST BRUNSWICK, N.J. 08616 |

October 24, 2019

Kathleen Ryan
Courtroom Deputy
400 Cooper Street
Camden, NJ 08101
*Via electronic mail to: (Kathleen_Ryan@njb.uscourts.gov) only*

Re:   Request to have the hearings scheduled prior to January 22, 2019

Dear Ms. Ryan,

Thank you kindly for your email dated October 23, 2019 which moved the fee application hearings from November 14, 2019 to January 22, 2020.

Unfortunately, not having the fee applications ruled on for an additional two months or so will have a deleterious affect on the cashflow of our law firm. Although we are very appreciative of the willingness to hear this matter in chambers prior to the court hearing and can understand the difficulty in scheduling a hearing in which both Judges are available, we would very much like this matter to be heard before the end of this year.

If not, Mr. Jenkins and I have spoken about this matter in depth and would like to know if it would be possible to have the hearing conducted on the original date of November 14, 2019 with the understanding that Mr. Jenkins will appear at the hearing without me.

Thank you once again for your kind consideration.

Respectfully yours,

/s/ Eric J Clayman

Eric J Clayman

EJC/aa