| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on April 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Dorothy E. Pawling<br><br>                                Debtor. | Chapter: 13<br><br>Case No.: 17-12105-JNP<br><br>Hearing Date: April 7, 2020<br><br>Judge: Jerrold N. Poslusny Jr. |

**CONSENT ORDER RESOLVING MOTION TO**
**VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 29, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Dorothy E. Pawling
Case No.: 17-12105-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY AND CO-DEBTOR STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay and Co-Debtor Stay ("Motion") filed by Specialized Loan Servicing, LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 ("Creditor"), and whereas the Debtor sand Creditor seek to resolve the Motion, it is hereby stipulated and agreed to that:

1. As of April 17, 2020, the total post-petition default was $11,133.49.

2. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Movant's interest in the following property: **603 Coldspring Avenue, Township of Haddon, New Jersey 08107** ("Property") provided that the Debtor complies with the following:

   a. The Debtor shall cure the post-petition arrearage amount of $11,133.49 by making 1 payment of $9,232.30 to Creditor on or before April 30, 2020, and beginning with the May 1, 2020 payment, make 3 consecutive monthly payments of $633.73 per month until paid in full; and

   b. In addition to the above payments, the Debtor shall resume making regular monthly payments to Creditor as they become due beginning with the May 1, 2020 payment.

3. All payments due hereunder shall be sent directly to Creditor at the following address: Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.

4. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraph and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

_____
Eric Clayman, Esq.
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
*Counsel for Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*