Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12105−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy E. Pawling
   603 Coldspring Ave
   Haddon Township, NJ 081071201

Social Security No.:
   xxx−xx−1477

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 17, 2022
JAN:

Jeanne Naughton
Clerk

Case 17-12105-JNP    Doc 130    Filed 11/19/22    Entered 11/20/22 00:15:51    Desc
Imaged Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 17-12105-JNP
Dorothy E. Pawling                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                              Page 1 of 2
Date Rcvd: Nov 17, 2022           Form ID: 148                          Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dorothy E. Pawling, 603 Coldspring Ave, Haddon Township, NJ 081071201 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, POB 340514, Tampa, FL 33694-0514 |
| 516626590 | + | Discover Financial Recoveries, PO BOX 15316, Wilmington, DE 19850-5316 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2022 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2022 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516626587 | + | EDI: BANKAMER.COM | Nov 18 2022 01:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 516626588 | + | Email/Text: BKNotice@ldvlaw.com | Nov 17 2022 20:43:00 | Capital One Bank, c/o Lyons, Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100 PO BOX 1269, Mount Laurel, NJ 08054-2239 |
| 516626589 | + | EDI: CAPITALONE.COM | Nov 18 2022 01:38:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516760192 | | EDI: CAPITALONE.COM | Nov 18 2022 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516838808 | | Email/PDF: bncnotices@becket-lee.com | Nov 17 2022 20:48:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516642604 | | EDI: DISCOVER.COM | Nov 18 2022 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516626591 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2022 20:43:00 | FNB Omaha, PO Box 3412, Omaha, NE 68103 |
| 516638229 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 17 2022 20:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 516693008 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 17 2022 20:43:00 | HSBC Bank USA, N.A., Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516626592 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2022 20:42:00 | Kohl's, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 516626593 | | EDI: PRA.COM | Nov 18 2022 01:38:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 516626594 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 17 2022 20:43:00 | SLS Mortgage, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 516677656 | + | EDI: RMSC.COM | Nov 18 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables |

Case 17-12105-JNP    Doc 130    Filed 11/19/22    Entered 11/20/22 00:15:51    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: 148 | Total Noticed: 18 |

Management, LLC, PO Box 41021, Norfolk, VA 23541-1021

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516626595 | | SLS Mortgage, c/o Buckley Madole, PC, 99 Wood Avenue South, Ste 803, NM 88300 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
on behalf of Creditor HSBC Bank USA National Association, as Trustee for the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Throug bk@stewartlegalgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jane L. McDonald
on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
on behalf of Debtor Dorothy E. Pawling mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Lauren Bielskie
on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Raymond Shockley, Jr
on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9