| UNITED STATES BANKRUPTCY COURT |
|---|
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on November 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

DOROTHY E. PAWLING

Case No.: 17-12105-JNP

Hearing Date: November 16, 2022   9:00 am

Judge:  Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: November 17, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 1 of 2

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to provide all required documents to the Trustee

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12105-JNP |
| Dorothy E. Pawling | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dorothy E. Pawling, 603 Coldspring Ave, Haddon Township, NJ 081071201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for the holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2007-OA1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for HSBC Bank USA, National Association, as Trustee for the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Throug bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Dorothy E. Pawling mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: Nov 17, 2022     Form ID: pdf903     Total Noticed: 1

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9